UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE R. MOORE, | ) Case No. CV 13-4579 PA (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| FEDERAL BUREAU OF PRISONS, | ) |
| Respondent. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: September 4, 2013

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE